IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI J. TAGUMA,

    Plaintiff,

  v.

Case No. 19-cv-199-bbc

EDWARD J. BENTON, JR. AND
DANIELLE GEORGE BENTON,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 4/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |